G. Sparks

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

**FILED**

for the

MAY 3 1 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. A 11-m-400 |
| Cody Kinslow | ) | |
| | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  04-13-2011  in the county of  Williamson  in the

Western  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possesion with intent to distribute, to wit, approximately 6.0 grams (net weight) of methamphetamine. |

This criminal complaint is based on these facts:

See attachment.

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Steven Ebmeier, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 5/31/11

_____
_Judge's signature_

City and state:  Austin, Texas

Andrew Austin, U.S. Magistrate Judge
_Printed name and title_

## ARREST ATTACHMENT SHEET

1. On April 13, 2011, A CS made a recorded telephone call to Cody KINSLOW, and negotiated for the purchase of methamphetamine.  At this time, the CS and KINSLOW agreed to meet at a car wash located at 301 Crystal Falls Parkway in Leander, TX to further discuss this transaction.

2. Surveillance units observed the CS and KINSLOW at the car wash.  At this time, KINSLOW informed the CS that KINSLOW's source of supply only had approximately a half an ounce of methamphetamine left but would sell that to the CS for $850.00.

3. Surveillance units observed KINSLOW to be driving a maroon in color Ford F-150 pickup truck (TX/Lic.51Z-BR7 - registered owner Sherry Haag Bolding, 12342 Hunters Chase #2216, Austin, TX 78729).

4. At approximately 1:58pm, the CS and KINSLOW traveled (in separate vehicles) to a near-by McDonalds restaurant located at 1103 N. Bell Blvd. to further discuss the transaction.  Shortly thereafter, the CS and KINSLOW departed (separately) this location.  The CS then traveled to a neutral location.  Surveillance units followed KINSLOW to a residence located at 1512 Moss Creek Drive, Leander, Texas.  Once at the neutral location the CS informed agents that KINSLOW stated that he resides with his mother in Leander and was going to her house.

5. Surveillance units then follow KINSLOW to a residence located at 240 Jennifer Lane, Leander, TX. The CS received a telephone call from KINSLOW, at this time, the CS and KINSLOW agreed to meet back up at the car wash on Crystal Falls Parkway to complete the drug transaction.

6. At approximately 2:50pm, surveillance units observed a blue in color Dodge pick-up truck (TX/Lic. 05J-TZ6 - registered owner Roland OLIVAREZ, 240 Jennifer Lane, Leander, TX 78641) depart the residence on Jennifer Lane.  Surveillance observed two males inside the vehicle.  Surveillance then followed this vehicle back to the car wash located on Crystal Falls Parkway.

7. Units observed the CS meet with the occupants of the blue Dodge pick-up (Cody KINSLOW and Roland OLIVAREZ).  At this time, KINSLOW exited the blue Dodge truck and met with the CS.  The CS and KINSLOW then exchanged the money and drugs.  While the CS and KINSLOW conducted the

1

transaction, surveillance units observed OLIVAREZ
standing outside and next to the blue Dodge pickup truck.

8. The CS departed the car wash location and the CS provided
agents with a clear plastic baggie containing a
white/crystal like substance which later field tested
positive for methamphetamine.  (Note: a later DEA
laboratory analysis of this drug exhibit indicated a net
weight of 6 grams of methamphetamine with a purity level
of 82.1 %).  At this time, the CS was shown a photograph
and positively identified Roland OLIVAREZ as the
individual in the blue Dodge truck with KINSLOW.